# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1

**Case No.:** 14-60091-LRC  
**Case Name:** ROBINSON, JAMES EDWARD  
ROBINSON, CAROLYN FLEMMING  

**For Period Ending:** 06/30/2019

**Trustee Name:** (300340) William J. Layng  
**Date Filed (f) or Converted (c):** 05/23/2014 (f)  
**§ 341(a) Meeting Date:** 06/24/2014  
**Claims Bar Date:** 02/03/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY<br>2216 Park Manor Lane<br>Snellville, GA 30078 | 175,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>BOA checking | 236.27 | 0.00 | OA | 0.00 | FA |
| 3 | BANK ACCOUNTS<br>Checking account - Georgia United Credit Union | 0.00 | 0.00 | OA | 0.00 | FA |
| 4 | BANK ACCOUNTS<br>joint checking account w son (who is in the military and stationed out of country)<br>Wells Fargo | 0.00 | 0.00 | OA | 0.00 | FA |
| 5 | BANK ACCOUNTS<br>BOA savings | 401.71 | 0.00 | OA | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS<br>Household goods | 4,500.00 | 0.00 | OA | 0.00 | FA |
| 7 | WEARING APPAREL<br>Clothing | 500.00 | 0.00 | OA | 0.00 | FA |
| 8 | FURS AND JEWELRY<br>Jewelry | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 9 | PENSION PLANS AND PROFIT SHARING<br>401K | 7,000.00 | 0.00 | OA | 0.00 | FA |
| 10 | PENSION PLANS AND PROFIT SHARING<br>403B | 15,000.00 | 0.00 | OA | 0.00 | FA |
| 11 | PENSION PLANS AND PROFIT SHARING<br>TRS | 18,000.00 | 0.00 | OA | 0.00 | FA |
| 12 | STOCK AND BUSINESS INTERESTS<br>900 shares Primerica (future stock option) | 29,711.28 | 24,151.28 |  | 0.00 | 14,722.59 |
| 13 | AUTOMOBILES AND OTHER VEHICLES<br>2004 Jeep Grand Cherokee | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 14 | AUTOMOBILES AND OTHER VEHICLES<br>2003 BMW 325i | 3,300.00 | 0.00 | OA | 0.00 | FA |
| 15 | AUTOMOBILES AND OTHER VEHICLES<br>1999 Honda Accord | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 16 | AUTOMOBILES AND OTHER VEHICLES<br>2004 Cadillac CTS | 3,000.00 | 0.00 | OA | 0.00 | FA |

**Form 1**

## Individual Estate Property Record and Report

## Asset Cases

Page: 2

| Case No.: | 14-60091-LRC | Trustee Name: | (300340) William J. Layng |
| Case Name: | ROBINSON, JAMES EDWARD<br>ROBINSON, CAROLYN FLEMMING | Date Filed (f) or Converted (c): | 05/23/2014 (f) |
| | | § 341(a) Meeting Date: | 06/24/2014 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 02/03/2015 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | Assets Totals (Excluding unknown values) | $262,149.26 | $24,151.28 | | $0.00 | $14,722.59 |

**Major Activities Affecting Case Closing:**

      7-18-19: The trustee obtained an order revoking the debtor's discharge based on the failure to comply with the order to turn over funds.
      7-14-18; The trustee's attorney is pursuing a contempt action against the debtor for failure to turn over estate funds.
      7-12-17; The trustee's attorney is pursuing a contempt action against the debtor for failure to turn over estate funds.
      7-11-16;  The trustee is trying to recover funds from the debtor ordered to be turned over.
      7-17-15;  The trustee is negotiating with the debtors for turnover of funds from Primerica stock options
      7-23-14; The trustee is investigating selling Primerica stock options owned by the debtor.

**Initial Projected Date Of Final Report (TFR):**  05/23/2015    **Current Projected Date Of Final Report (TFR):**  12/16/2020